⇔20962-043⇔
United States Court House
2012 15TH ST
Clerk of Court
Gulfport, MS 39501
United States

1:18cr150 HSO-JCG

Erica Leigh Wooldridge
Reg No. 20962043
Aliceville, AL 35442



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 1 4 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

1-5-2022

Re: Outstanding Traffic Tickets/Fines
Date of Birth-7-31-1974
Social Security No.-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

TO WHOM IT MAY CONCERN:
This letter is written to solicit your assistance in identifying any outstanding traffic tickets/fines I have in your court. Presently, I am serving a sentence of 111 months at Aliceville Satellite Prison Camp.

I am endeavoring to work toward an equitable decision in settling any open matter before this Court. It is my hope that the Court will consider time served as a possible resolution. Through my incarceration, I have discovered how to be accountable, realizing that everyone faces trials in life, but what sets us apart is our response. In this effort, I am striving to meet any obligations and look forward to a new beginning upon release.

I look forward to your response, and would appreciate all future communication sent to the enclosed address.

Respectfully,

*Erica Wooldridge*